UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  22CR0600-JLS |
| Plaintiff, | **ORDER DIRECTING NON-DISCLOSURE** |
| v. | |
| SIUGIN LEE, | |
| Defendant. | |

Presently before the Court is the Government's sealed *Ex Parte* Application for Order Regarding Disclosure or Non-Disclosure, submitted to the Court on July 3, 2024 (ECF No. 71).

Having reviewed the Government's *Ex Parte* Application, IT IS HEREBY ORDERED that the information provided to the Court in Paragraph 12 need not be disclosed to Defendant Siugin Lee pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) or Rule 16 of the Federal Rules of Criminal Procedure.  Having made this determination, however, the Court presumes that the Government remains cognizant of the fact that it is the prosecution, being in a superior position to evaluate its own evidence, which must bear

/ / /

/ / /

/ / /

1

22CR0600-JLS

the ultimate responsibility to gauge the "likely net effect of all ... the evidence" and make disclosure of known, favorable evidence rising to a material level of importance.   *Kyle v. Whitley*, 514 U.S. 419, 437-38 (1995).

IT IS SO ORDERED.

Dated:  July 16, 2024

Hon. Janis L. Sammartino
United States District Judge

22CR0600-JLS