# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Siugin Lee

CASE NUMBER  22cr0600-JLS

**ABSTRACT OF ORDER**

Booking No.  00488298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 12/17/2024 _____

the Court entered the following order:

X — Defendant be release from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on _____ Bond posted.

_____ Defendant appeared in Court.  FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

X — Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no.

_____ Defendant to be release to Pretrial Services for electronic monitoring.

X — Other. Defendant be released from the San Luis Regional Detention Center.

Janis L. Sammartino

UNITED STATES DISTRICT JUDGE

OR

JOHN MORRILL, Clerk of Court

by   Adrianna Garcia ext. 5291

Crim-9 (Rev. 09/23)
Original

**From:** CAS Releases
**To:** A. Garcia
**Sent:** Tuesday, December 17, 2024 12:13 PM
**Subject:** Read: Abstract; 22cr0600-JLS (Lee)

Your message

   To: CAS Releases
   Subject: [EXTERNAL] Abstract; 22cr0600-JLS (Lee)
   Sent: Tuesday, December 17, 2024 12:08:32 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Tuesday, December 17, 2024 12:12:51 PM (UTC-08:00) Pacific Time (US & Canada).